IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01844-CMA-BNB

PORTIA MUCHI,
   f/k/a Portia Smith,

      Plaintiff,

v.

SILVERMAN LAW FIRM, P.C.,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation To Dismiss Pursuant to Settlement (Doc. # 12) signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and this cause of action are DISMISSED WITH PREJUDICE, without fees or costs to either party.

DATED: December __08__, 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge